

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARIEN T. BREWER (aka "BD"),
LAURYN A. BESTA (aka "Lola"),

Defendants.

8:20CR174

INDICTMENT
18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)
18 U.S.C. § 2423(a)
18 U.S.C. § 2422(a)
18 U.S.C. § 1594
18 U.S.C. § 2428

The Grand Jury charges that

## COUNT I
### (Conspiracy to Engage in Sex Trafficking of a Minor)

1.  Beginning on an unknown date, but from at least on or about January 2016, and continuing through on or about January 1, 2019, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendants, DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola"), did unlawfully, willfully and knowingly conspire, combine, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain and maintain four minor females identified as MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4, each name and date of birth fully known to the Grand Jury, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4, and knowing and in reckless disregard that MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 were each under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1, MINOR

1

VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a).

## WAYS, MANNER, AND MEANS OF THE CONSPIRACY

2. The purpose of the conspiracy was to obtain money and other items of value for members of the conspiracy.

3. Members of the conspiracy recruited MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4, all under the age of 18 years old, to be prostituted.

4. Members of the conspiracy would and did instruct the MINOR VICTIMs and young women how to advertise, solicit, and charge for commercial sex acts.

5. Members of the conspiracy obtained commercial sex customers for MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 by purchasing and/or posting advertisements on internet sites such as www.backpage.com. Sex customers responded to the advertisements via telephone and text message and commercial sex acts were coordinated to occur at various hotels, motels, and other locations.

6. Members of the conspiracy would and did use vehicles and public highways to drive the MINOR VICTIMs to various hotels, motels, and other locations for commercial sex acts, including Omaha, Nebraska; Lincoln, Nebraska; Iowa; and Houston, Texas.

7. Members of the conspiracy obtained and paid for various hotel and motel rooms for commercial sex acts involving the MINOR VICTIMs.

8. Members of the conspiracy would and did require the MINOR VICTIMs to pay a portion or all of the payments received for commercial sex acts to members of the conspiracy.

9. Members of the conspiracy did use violence and the threat of violence to scare and control the MINOR VICTIMs.

10. Members of the conspiracy did provide the MINOR VICTIMs with alcohol and

controlled substances to entice the MINOR VICTIMs and to control them.

In violation of Title 18, United States Code, Section 1594(c).

## COUNT II

### (Sex Trafficking of a Minor)

Between on or about January 2016, until on or about June 27, 2017, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, DARIEN T. BREWER (aka "BD"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 1, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT III

### (Sex Trafficking of a Minor)

Between on or about January 2016, until on or about July 16, 2017, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, DARIEN T. BREWER (aka "BD"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 2, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT IV

### (Sex Trafficking of a Minor)

Between on or about January 2016, until on or about July 7, 2018, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, DARIEN T. BREWER (aka "BD"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 3, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 3 and knowing and in reckless disregard that MINOR VICTIM 3 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 3 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT V

### (Sex Trafficking of a Minor)

Between on or about January 2016, until on or about January 1, 2019, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, DARIEN T. BREWER (aka "BD"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 4, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 4 and knowing and in reckless disregard that MINOR VICTIM 4 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 4 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT VI

### (Sex Trafficking of a Minor)

Between on or about October 30, 2016, and on or about June 27, 2017, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, LAURYN A. BESTA (aka "Lola"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 1, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT VII

### (Sex Trafficking of a Minor)

Between on or about October 30, 2016, and on or about July 16, 2017, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, LAURYN A. BESTA (aka "Lola"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 2, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT VIII

### (Sex Trafficking of a Minor)

Between on or about October 30, 2016, and on or about July 7, 2018, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, LAURYN A. BESTA (aka "Lola"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 3, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 3 and knowing and in reckless disregard that MINOR VICTIM 3 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 3 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT IX

### (Sex Trafficking of a Minor)

Between on or about October 30, 2016, and on or about January 1, 2019, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, LAURYN A. BESTA (aka "Lola"), did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a girl identified as MINOR VICTIM 4, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, and having had a reasonable opportunity to observe MINOR VICTIM 4 and knowing and in reckless disregard that MINOR VICTIM 4 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 4 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT X

### (Transportation of a Minor with Intent to Engage in Prostitution)

In or around January 2017, in the District of Nebraska and elsewhere, the defendants, DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola"), did knowingly transport, and attempted to transport, a minor, MINOR VICTIM 2, in interstate commerce from the State of Nebraska to the State of Texas, with the intent that MINOR VICTIM 2 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

## COUNT XI

### (Coercion and Enticement)

In or around January 2017, in the District of Nebraska and elsewhere, the defendants, DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola"), did knowingly persuade, induce, entice and coerce, and attempted to persuade, induce, entice and coerce, a minor, MINOR VICTIM 2, to travel in interstate commerce to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(a).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts I through XI of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594(d) and Title 18, United States Code, Section 2428.

2. Pursuant to 18 U.S.C. § 1594(d), upon conviction of an offense in violation of 18 U.S.C. § 1591, the defendants, DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola"), shall forfeit to the United States:

a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and

b. any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of the offense.

3. Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. §§ 2423(a) and 2422(a), the defendants, DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola"), shall forfeit to the United States:

a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and

b. any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendants DARIEN T. BREWER (aka "BD") and LAURYN A. BESTA (aka "Lola") up to the value of said property listed above as being subject to forfeiture.

Criminal forfeiture, in violation of Title 18, United States Code, Section 1594 and 2428.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney

#22669 for

KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney